**Electronically Filed
Supreme Court
SCWC-21-0000396
23-JUL-2025
12:56 PM
Dkt. 24 ODAC**

SCWC-21-0000396

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KEEP THE NORTH SHORE COUNTRY and KAHUKU COMMUNITY ASSOCIATION,
Petitioners/Plaintiffs-Appellants-Appellants,

vs.

ZONING BOARD OF APPEALS, CITY AND COUNTY OF HONOLULU;
DIRECTOR OF THE DEPARTMENT OF PLANNING AND PERMITTING,
CITY AND COUNTY OF HONOLULU; NA PUA MAKANI POWER PARTNERS, LLC,
Respondents/Defendants-Appellees-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000396; CASE NO. 1CCV-20-0001574)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Devens, J., dissenting)

Petitioners/Plaintiffs-Appellants-Appellants Keep the North Shore Country and Kahuku Community Association's application for writ of certiorari filed on May 23, 2025, is rejected.

DATED: Honolulu, Hawaiʻi, July 23, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

